

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JOSEPHINE GRADY, | § | No. 08-14-00244-CV |
|  | § |  |
| Appellant, | | Appeal from |
|  | § |  |
| v. | | 327th District Court |
|  | § |  |
| WILLIAM D. ABRAHAM, | | of El Paso County, Texas |
| JOSEPH (SIB) ABRAHAM, J.R., | § | |
| AND MARIA HERNANDEZ AS | | (TC # 2014-DCV-1278) |
| NEXT FRIEND OF S.R.G. AND M.R.G., | § | |
| MINOR CHILDREN, | | |
|  | § | |
| Appellees. | | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a motion filed by Appellant, Rene Ordonez, to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. The related appeal, cause number 08-14-00257-CV, is unaffected by the dismissal of this appeal and will remain on the Court's docket. Costs of this appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)(absent agreement of the parties, the court will tax costs against the appellant).


March 19, 2015

                              ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)